

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

         AUG 10 2009

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY_____DEPUTY
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Terry Goddard
   Criminal Appeals Section
   1275 W. Washington
   Phoenix, Arizona 85007

   PTN & ORDER 09-CV-425

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Mike Phillips            ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Mike Phillips

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   AUG - 7 2009

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0500 0000 2896 3000

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540